## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR11** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **EDEL LLANOS-ISORDIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for a continuance of trial by defendant Edel Llanos-Isordia (Llanos-Isordia) (Filing No. 26).  Llanos-Isordia seeks a continuance of the trial scheduled for March 23, 2009, due to a trial conflict of his counsel.  Llanos-Isordia's counsel represents that Llanos-Isordia consents to the motion and Llanos-Isordia acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.    Defendant Llanos-Isordia's motion for a continuance (Filing No. 26) is granted.

2.    Trial of this matter is re-scheduled for **April 27, 2009,** before Chief Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 11, 2009 and April 27, 2009,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel require additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of March, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge